UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TIMOTHY HAWKINS,<br><br>                    Plaintiff,<br><br>     v.<br><br>CORE HEALTH AND FITNESS, LLC,<br><br>                    Defendant. | Case No. 3:20-cv-06093-RSL<br><br>**STIPULATED MOTION TO EXTEND DEADLINE FOR JOINING ADDITIONAL PARTIES** |

Pursuant to LCR 7(d)(1) and LCR 10(g), the parties jointly submit this motion requesting a brief extension of time to join additional parties to the case. This Court's Minute Order currently sets January 15, 2021, as the deadline for joining additional parties (Dkt. # 13). The parties request a two week extension of this deadline to January 29, 2021. This brief extension will give Defendant Core Health and Fitness time to respond to interrogatories from Plaintiff, and will give Plaintiff Timothy Hawkins time to determine whether the interrogatory responses support joining additional parties to this matter. No other dates in the Minute Order are affected by this extension.

//

//

//

STIPULATED MOTION TO EXTEND DEADLINE
FOR JOINING ADDITIONAL PARTIES
(3:20-cv-06093-RSL) - 1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

RESPECTFULLY SUBMITTED this 29th day of December 2020,

BUCHANAN ANGELI ALTSCHUL
& SULLIVAN LLP

By:   s/Paul Buchanan
Paul Buchanan WSBA No. 24614
921 SW Washington, Suite 516
Portland, Oregon 97205
Direct: 503.974.5020
E-mail: paul@baaslaw.com

Attorneys for Plaintiff


LANE POWELL PC


By:   s/Hannah A. Ard
Hannah A. Ard, WSBA No. 40362
David G. Hosenpud, *admitted pro hac vice*
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, Washington 98111-9402
Telephone: 206.223.7000
E-mail: ardh@lanepowell.com
E-mail: hosenpudd@lanepowell.com

Attorneys for Defendant Core Health & Fitness, LLC


**IT IS SO ORDERED**

Dated this 30th day of December, 2020.

*[signature]*
Robert S. Lasnik
United States District Judge

STIPULATED MOTION TO EXTEND DEADLINE
FOR JOINING ADDITIONAL PARTIES
(3:20-cv-06093-RSL) - 2

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107