IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **TIMOTHY HAWKINS**, an individual,<br><br>      Plaintiff,<br><br>v.<br><br>**CORE HEALTH & FITNESS, LLC**, a Utah Corporation<br><br>      Defendant. | Case No. C20-6093RSL<br><br>**ORDER GRANTING PLAINTIFF'S STIPULATED MOTION TO FILE SECOND AMEND COMPLAINT** |

The Court, having considered this unopposed motion on file herein and being fully advised; now therefore **IT IS HEREBY ORDERED** as follows:

Plaintiff Timothy Hawkins ("Hawkins") is permitted to file a Second Amended Complaint against Defendant Core Health and Fitness, LLC ("Core").

Dated this 26th day of March, 2021.

*[signature: Mr S Lasnik]*
Robert S. Lasnik
United States District Judge

Buchanan Angeli Altschul & Sullivan LLP
321 SW 4th Ave., Suite 600
Portland, Oregon 97204
(503) 974-5015
(971) 230-0337 (facsimile)